1  JOHN H. BRINK BAR NO. 28018
   KATHRYN E. VAN HOUTEN BAR NO. 143402
2  IRSFELD, IRSFELD & YOUNGER LLP
   100 W. Broadway, Ste. 900
3  Glendale, CA 91210
   Telephone: (818) 242-6859
4  Facsimile: (818) 240-7728

5  Attorneys for Plaintiff

8              UNITED STATES DISTRICT COURT
9           FOR THE CENTRAL DISTRICT OF CALIFORNIA
10                    WESTERN DIVISION

11 UNITED STATES OF AMERICA,  )  CASE NO. ACV 09-1542
12      Plaintiff,            )  CONSENT JUDGMENT
13      v.                    )
14 DIANE REED,                )
15      Defendant,            )
16 _____)

18      Pursuant to the above stipulation of the parties, Judgment is hereby entered
19 in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant,
20 DIANE REED, as to claim one, in the total amount of $1,893.11 and as to claim
21 two the total amount of $7,343.76 for a total judgment amount of $9,236.87.

24 Dated: MARCH 31, 2009          TERRY NAFISI, CLERK
                                   United States District Court
25                                 Central District of California

                                   A. KANNIKE
27                                 By: Deputy Clerk

1